UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO, <br>    Plaintiff, <br>   v. <br> WALDORF SCHOOL, <br>    Defendant. | Case No. 19-cv-06666-VC <br><br> **ORDER GRANTING MOTION TO TRANSFER** <br> Re: Dkt. No. 8 |

  The Waldorf School's unopposed motion to transfer venue is granted.[1] The Clerk of Court is directed to transfer the case to the Eastern District of California.

  **IT IS SO ORDERED.**

Dated: January 15, 2020

VINCE CHHABRIA
United States District Judge

---

[1] The Court does not reach the Waldorf School's arguments regarding service of process. The transferee court may address that issue in the first instance.